1  KYLE L. SCHRINER (State Bar No. 215853)
   SCHRINER LAW FIRM, PC
2  300 Montgomery Street, Suite 600
3  San Francisco, CA 94104
   Telephone: (415) 321-4924
4  Facsimile:  (415) 520-6450
   Email:      kyle@schrinerlaw.com
5
6  Attorney for Plaintiff BRUCE W. FENNIE

7  DAVID KRAFT (State Bar No. 83533)
   181 Devine Street
8  San Jose, CA 95110
   Telephone: (408) 293-6193
9  Facsimile: (408) 275-0412
   Email: DKraft6885@aol.com
10
11 Attorney for Defendant E-FUEL CORPORATION

12

13                      **UNITED STATES DISTRICT COURT**

14
                        **NORTHERN DISTRICT OF CALIFORNIA**
15

16                              **SAN JOSE DIVISION**

17
   | BRUCE W. FENNIE, an individual, | CASE NO. C-13-04687 PSG |
18 |---|---|
   | Plaintiff, | **PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO STIPULATION** |
19 | | |
20 | v. | |
   | E-FUEL CORPORATION, a California corporation, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
21 | | |
22 | | |
23 | Defendant. | |
24

25
          Plaintiff Bruce W. Fennie hereby voluntarily dismisses the above-captioned action in
26
   its entirety, without prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
27
   Procedure, Plaintiff and defendant E-Fuel Corporation hereby stipulate and agree to the
28

                                           1
   STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; CASE NO. C-13-04687 PSG

1 | dismissal of this action in its entirety without prejudice, and that each party shall bear its
2 | own costs and attorney's fees incurred in connection with this action.

Dated: April 23, 2014        SCHRINER LAW FIRM, PC

                             /s/
                             By: Kyle L. Schriner
                             Attorney for Plaintiff
                             BRUCE W. FENNIE

Dated: April 23, 2014

                             David Kraft
                             Attorney for Defendant
                             E-FUEL CORPORATION